# In the United States Court of Federal Claims

No. 05-817C
(Filed September 27, 2005)

* * * * * * * * * * * * * * * * * * * * * * *
*
**MESA GRANDE INVESTORS,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The parties' Joint Motion for a Stay of Proceedings is **GRANTED**. The parties shall file a Joint Status Report within fourteen days of the completion of the ADR process for the related cases identified in the motion.

**IT IS SO ORDERED.**

**VICTOR J. WOLSKI**
Judge